

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 25, 2008

BY FACSIMILE

The Honorable Jed S. Rakoff
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-29-08
```

Re: <u>United States v. Ballard and Steel</u>,
    08 Cr. 62 (JSR)

Dear Judge Rakoff:

    This matter was assigned to Your Honor on Wednesday, January 23, 2008. An initial pretrial conference has been scheduled before Your Honor for Friday, February 8, 2008, at 11:00 a.m. Enclosed also please find a copy of the Indictment and the Complaint for Your Honor's files. Further, the Government respectfully requests that the Court exclude time from today until February 8, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government to produce discovery to the defendants and to begin discussions regarding a possible disposition of this case. Counsel for the defendants consent to this request for the exclusion of time.

    Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _____
Benjamin A. Naftalis
Assistant United States Attorney
(212) 637-2456

SO ORDERED
*/s/ Jed S. Rakoff*
USDJ
1-28-08

Encls.

cc: Defense counsel (w/o encls.)