UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, : | 08 Cr. 62 (JSR) |
| – *against* – : | |
| ANTHONY STEELE, : | CERTIFICATE OF SERVICE |
| : | (filed electronically) |
| Defendant. : | |
| : | |

--------------------------------------------------------x

CERTIFICATE OF SERVICE

    I hereby certify that on March 25, 2008, I electronically filed a Notice of Pretrial Motions Pursuant to Rule 12(b), Fed.R.Crim.P., a Declaration in Support of Pretrial Motions Pursuant to Rule 12(b), Fed. R.Crim.P. (with attached Exhibits 1 - 9), and a Memorandum of Law in Support of Defendant Anthony Steele's Pretrial Motions Pursuant to Rule 12(b), Fed.R.Crim.P., with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record.

                                                                               /s/
                                          AARON J. MYSLIWIEC