UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

| | |
|---|---|
| UNITED STATES OF AMERICA, : | 08 Cr. 62 (JSR) |
| – *against* – : | NOTICE OF PRETRIAL MOTIONS PURSUANT TO <u>RULE 12(b), FED.R.CRIM.P.</u> |
| ANTHONY STEELE, : | |
| : | (filed electronically) |
| Defendant. : | |
| : | |

--------------------------------------------------------x

     PLEASE TAKE NOTICE, that upon the annexed Declaration of Aaron J. Mysliwiec, Esq., the Exhibits thereto, the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, ANTHONY STEELE, will move before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order:

(a)    suppressing any identification testimony and precluding any identification of Anthony Steele under the Due Process clause of the Fifth Amendment to the United States Constitution;

(b)    suppressing physical evidence obtained as fruit of an unlawful arrest in violation of the Fourth Amendment to the United States Constitution;

(c)    suppressing physical evidence that was obtained from a seizure in violation of the Fourth Amendment to the United States Constitution;

(d)    granting Mr. Steele a severance;

(e)    directing the prosecution to provide exculpatory evidence, discovery, information,

   and material known to the government to be relevant to the issues identified with the accompanying Memorandum of Law; and,

(f) for any such other and further relief as to the Court seems just and proper.

Dated: March 25, 2008
   New York, New York

               Respectfully submitted,

               _____/S/_____
               Joshua L. Dratel
               Aaron J. Mysliwiec
               JOSHUA L. DRATEL, P.C.
               2 Wall Street, 3rd Floor
               New York, New York 10005
               (212) 732-0707
               jdratel@joshuadratel.com
               amysliwiec@joshuadratel.com

               *Attorneys for Defendant Anthony Steele*

To: THE HON. JED S. RAKOFF
   UNITED STATES DISTRICT JUDGE

   UNITED STATES ATTORNEY
   SOUTHERN DISTRICT OF NEW YORK