UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA,      :

        – against –      :

ANTHONY STEELE,      :

                    Defendant.

                                      :
-------------------------------------------------------x

08 Cr. 62 (JSR)

NOTICE OF SUPPLEMENTAL PRETRIAL MOTIONS PURSUANT TO RULE 12(b), FED.R.CRIM.P.

(filed electronically)

PLEASE TAKE NOTICE, that upon the annexed Declaration of Aaron J. Mysliwiec, Esq., the Exhibits thereto, the annexed Declaration of Alice L. Fontier, the annexed Declaration of Anthony Steele, the accompanying Memorandum of Law, and all prior papers and proceedings herein, the defendant, ANTHONY STEELE, will move before the Honorable Jed S. Rakoff, United States District Judge for the Southern District of New York, at the United States Courthouse located at 500 Pearl Street, New York, New York, as soon as counsel may be heard, for an order:

    (a)    compelling all outstanding discovery;

    (b)    suppressing any identification testimony and precluding any identification of Anthony Steele under the Due Process clause of the Fifth Amendment to the United States Constitution;

    (c)    suppressing physical evidence obtained as fruit of an unlawful arrest in violation of the Fourth Amendment to the United States Constitution;

    (d)    suppressing all statements under *Miranda* and on voluntariness grounds; and,

    (e)    for any such other and further relief as to the Court seems just and proper.

Dated: April 14, 2008
       New York, New York

                                        Respectfully submitted,

                                        _____/S/_____

                                        Joshua L. Dratel
                                        Aaron J. Mysliwiec
                                        JOSHUA L. DRATEL, P.C.
                                        2 Wall Street, 3rd Floor
                                        New York, New York 10005
                                        (212) 732-0707
                                        jdratel@joshuadratel.com
                                        amysliwiec@joshuadratel.com

                                        *Attorneys for Defendant Anthony Steele*

To:    THE HON. JED S. RAKOFF
         UNITED STATES DISTRICT JUDGE

         UNITED STATES ATTORNEY
         SOUTHERN DISTRICT OF NEW YORK