UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

      – against –

ANTHONY STEELE,

      Defendant.

-----------------------------------------------------------x

08 Cr. 62 (JSR)

DECLARATION

(filed electronically)

    I, ANTHONY STEELE, hereby declare under penalties of perjury, pursuant to 28 U.S.C. § 1746, that:

    1. On November 21, 2007, at about 12:35 p.m., I was in the area of the corner of Troy Avenue and Sterling Place in Brooklyn, New York. I was walking on the street. I had not committed a robbery. In addition, there was no reason for a police officer to suspect that I had committed a crime. Despite these facts, a New York City Police Officer came up to me and, in sum and substance, told me to stop. He searched me and arrested me.

    2. Pursuant to that search, the police officer allegedly recovered property from my person and from an area that was allegedly under my control.

    3. After the police officer arrested me, he brought me to a police precinct. I did not make any statements to the police before I was taken to the precinct. When I got to the precinct, I told the police that I wanted a lawyer. Despite this request, police officers continued to ask me questions.

    4. After being arrested on November 21, 2007 and taken to court, I was eventually brought to Rikers Island. On December 3, 2007, law enforcement officers took me from Rikers

Island to what I believe was an office for the United States Bureau for Alcohol, Tobacco and Firearms ("ATF"). I did not make any statements to these officers before I was brought to that office. When I arrived at that office, I told the officers that I wanted a lawyer. Despite asking for a lawyer, the law enforcement officers continued to ask me questions. At some point later that day, one of the law enforcement officers told me to speak while he videotaped me on his cell phone and he also asked me a question about one of the other law enforcement officers.

    5. I told the law enforcement officers that I wanted a lawyer on both November 21, 2007 and December 3, 2007 and I did not want to waive my right to remain silent or my right to a lawyer.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief. 28 U.S.C. §1746. Executed April 14, 2008.

*Anthony Steele*
ANTHONY STEELE