UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x

UNITED STATES OF AMERICA,          :

    – against –          :

ANTHONY STEELE,          :

                              :
        Defendant.
                              :
--------------------------------------------------------x

08 Cr. 62 (JSR)

CERTIFICATE OF SERVICE

## CERTIFICATE OF SERVICE

      I hereby certify that on April 14, 2008, I attempted to electronically file a Notice of Supplemental Pretrial Motions Pursuant to Rule 12(b), Fed.R.Crim.P., a Declaration of Aaron J. Mysliwiec in Support of Pretrial Motions Pursuant to Rule 12(b), Fed. R.Crim.P. (with attached Exhibits 10 - 17), a Declaration of Alice L. Fontier in Support of Pretrial Motions Pursuant to Rule 12(b), Fed.R.Crim.P., a Declaration of Anthony Steele, and a Memorandum of Law in Support of Defendant Anthony Steele's Supplemental Pretrial Motions Pursuant to Rule 12(b), Fed.R.Crim.P., with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I have confirmed with the ECF Help Desk that this was due to a failure of the Clerk's system. As a result, I served AUSA Naftalis with copies of these documents via electronic mail and delivered a non-electronic copy of these documents to the Court. I hereby certify that on April 15, 2008, I filed these documents with the Clerk of the Court by using the CM/ECF system.

                                                                          /s/
                                                   AARON J. MYSLIWIEC