UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

UNITED STATES OF AMERICA,                :           08 Cr. 62 (JSR)

    – *against* –                                         :           AMENDED
                                                                                      CERTIFICATE OF SERVICE

ANTHONY STEELE,                                :

                                                      Defendant.
                                                                       :
------------------------------------------------------x

CERTIFICATE OF SERVICE

       I hereby certify that on April 14, 2008, I attempted to electronically file a Notice of Supplemental Pretrial Motions Pursuant to Rule 12(b), Fed.R.Crim.P., a Declaration of Aaron J. Mysliwiec in Support of Pretrial Motions Pursuant to Rule 12(b), Fed. R.Crim.P. (with attached Exhibits 10 - 17), a Declaration of Alice L. Fontier in Support of Pretrial Motions Pursuant to Rule 12(b), Fed.R.Crim.P., a Declaration of Anthony Steele, and a Memorandum of Law in Support of Defendant Anthony Steele's Supplemental Pretrial Motions Pursuant to Rule 12(b), Fed.R.Crim.P., with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I was unable to access the ECF web portal, however, from 8:00 p.m. to 9:30 p.m. Therefore, I was unable to file and serve these documents using the ECF system on April 14. I have confirmed with the ECF Help Desk that this was due to a failure of the Clerk's system. As a result, I served AUSA Naftalis with copies of these documents via electronic mail and delivered a non-electronic copy of these documents to the Court. I hereby certify that on April 15, 2008, I filed these documents with the Clerk of the Court by using the CM/ECF system.

                                                                                  /s/
                                                          AARON J. MYSLIWIEC