UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | **WAIVER OF INDICTMENT** |
| | S1  08 Cr. 0062(JSR) |
| ANTHONY STEELE | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

The above-named defendant, who is accused of violating Title 18, United States Code, Section 1951 and Title 18 United States Code, Section 924(c), being advised of the nature of the charge and his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of indictment.



x  *Anthony Steele*
ANTHONY STEELE

*Aaron Mysliwiec*
Aaron Mysliwiec
Attorney for defendant

Witness: *Rigoberto Landero*

Dated: May 9, 2008
       New York, N.Y.