```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA            :    SUPERSEDING
                                         INFORMATION
        -v.-                        :
                                         S1 08 Cr. 62 (JSR)
ANTHONY STEELE,                     :
    a/k/a "Tone,"
    a/k/a "Fat Boy,"                :

            Defendant.              :

- - - - - - - - - - - - - - - - - -x
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 0 9 2008

COUNT ONE

The United States Attorney charges:

1.  From in or about July 2007 up to and including in or about November 2007, in the Southern District of New York and elsewhere, ANTHONY STEELE, a/k/a "Tone," a/k/a "Fat Boy," the defendant, and others known and unknown, unlawfully, willfully, and knowingly did combine, conspire, confederate, and agree together and with each other to commit robbery, as that term is defined in Title 18, United States Code, Section 1951(b)(1), and would and did thereby obstruct, delay, and affect commerce and the movement of articles and commodities in commerce, as that term is defined in Title 18, United States Code, Section 1951(b)(3), to wit, STEELE agreed, with others known and unknown, to commit a series of armed robberies of various commercial businesses in Manhattan and Brooklyn.

Overt Acts

2.  In furtherance of the conspiracy and to effect the illegal object thereof, the following overt acts, among others, were committed in the Southern District of New York and elsewhere:

a.  On or about October 7, 2007, STEELE and others known and unknown robbed, at gunpoint, a Deluxe Storage store located at 945 Atlantic Avenue, Brooklyn, New York.

b.  On or about October 14, 2007, STEELE and others known and unknown robbed, at gunpoint, a Duane Reade store located at 617 West 181st Street, New York, New York.

c.  On or about October 19, 2007, STEELE and others known and unknown robbed, at gunpoint, a Sears located at 2980 Third Avenue, Bronx, New York.

d.  On or about October 19, 2007, STEELE and others known and unknown robbed, at gunpoint, a White Castle located at 33 Fordham Road, Bronx, New York.

e.  On or about October 27, 2007, STEELE and others known and unknown robbed, at gunpoint, a Family Dollar Store located at 4226 Third Avenue, Bronx, New York.

f.  On or about October 27, 2007, STEELE and others known and unknown robbed, at gunpoint, a Duane Reade store located at 2939 Third Avenue, Bronx, New York.

(Title 18, United States Code, Section 1951.)

COUNT TWO

The United States Attorney further charges:

3. From in or about July 2007 up to and including in or about November 2007, in the Southern District of New York and elsewhere, ANTHONY STEELE, a/k/a "Tone," a/k/a "Fat Boy," the defendant, during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, namely, the robbery conspiracy charged in Count One of this Information, did use and carry a firearm, and, in furtherance of such crime, did possess a firearm, and did aid and abet the use, carrying, and possession of a firearm, which was brandished during the crime charged in Count One.

(Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.)

FORFEITURE ALLEGATION AS TO COUNTS ONE AND TWO

4. As a result of committing the robbery offenses in violation of Section 1951 of Title 18, United States Code, alleged in Counts One and Two of this Information, ANTHONY STEELE, a/k/a "Tone," a/k/a "Fat Boy," the defendant, shall forfeit to the United States pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461, all property, real and personal, that constitutes or is derived from proceeds traceable to the commission of the robbery offenses, including but not limited to the following:

   a. A sum of money equal to $40,000.00 in United

States currency, representing the amount of proceeds obtained as a result of the robbery charged in Count One, for which the defendant is jointly and severally liable, in United States currency.

<u>Substitute Assets</u>

      b.  If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

         (1) cannot be located upon the exercise of due diligence;

         (2) has been transferred or sold to, or deposited with, a third person;

         (3) has been placed beyond the jurisdiction of the Court;

         (4) has been substantially diminished in value; or

         (5) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 18, United States Code, Section 982(b) and Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

    (Title 18, United States Code, Sections 981, 982 and 1951;
          Title 21, United States Code, Section 853;
          Title 28, United States Code, Section 2461.)

_____
MICHAEL J. GARCIA
United States Attorney

**May 9, 2008**          **U.S.A. v. ANTHONY STEELE**          **S1 08 Cr. 0062(JSR)**



**Waiver of Indictment and Information filed.**
Deft **ANTONY STEELE** present with atty Aaron Mysliwiec for Joshua Dratel,
Ausa Benjamin Naftalis and Court reporter Denise Richards present
Deft entered a plea of guilty. PSI ordered. Sentencing set for August 26th at 4:00 p.m.
Time until is excluded in the interest of justice pursuant to 18 U.S.C. 3161. The defts continued detained.

**RAKOFF, J.**